AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| United States of America<br>v.<br>Romulo Aguilar Aguilar<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 23-438M |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 20, 2023__ in the county of __Sussex__ in the __District of__ __Delaware__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry of Previously Removed Alien |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Jason Moffett, ICE Deportation Officer
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed R. Crim. P.4.1 and 4(d).

Date: __10/13/2023__

_____
Judge's signature

City and state: __Wilmington, Delaware__    Hon. Sherry R. Fallon, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. ACT. NO. 23-_____ |
| | ) | |
| Romulo AGUILAR AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jason E. Moffett, being duly sworn, depose and say:

1. I am a Deportation Officer with the Department of Immigration & Customs Enforcement ("ICE"), a branch of the United States Department of Homeland Security ("DHS"), at the ICE office located in Dover, Delaware. I have been employed with Immigration and Customs Enforcement since January 4, 2009.

2. This investigation is based upon information provided in DHS/ICE records, National Crime Information Center ("NCIC") records, Federal Bureau of Investigation ("FBI") records, and by my own observations and previous interviews. Since this affidavit is only for purposes of establishing probable cause for an arrest pursuant to Title 8, United States Code, Section 1326(a), not all facts related to this investigation are contained herein.

3. On August 20, 2023, the Pacific Enforcement Response Center (PERC) notified the ICE Dover office that a foreign national had been arrested in the State of Delaware. ICE database and NCIC record checks were conducted that indicated the subject, Romulo AGUILAR AGUILAR, is a foreign national from Guatemala.

1

4.     Your affiant reviewed the fingerprints of Romulo AGUILAR AGUILAR from alien file (AXXX-XXX-529). Your affiant queried the subject's fingerprints in ICE's automated database. The results of that query showed that these fingerprints matched an alien, SBI and FBI number, confirming Mr. AGUILAR AGULAR's identity to these records.

5.     Your affiant has reviewed DHS/ICE alien database records and Romulo AGUILAR AGUILAR's ICE alien file (AXXX-XXX-529), which indicated that the subject was born in Guatemala on June 7, 1999. The records also indicate the following:

   a. AGUILAR AGUILAR was encountered by the United States Customs and Border Protection (USCBP) on August 5, 2016, at the Yseleta Port of Entry in El Paso, Texas. At the time of the encounter, the subject was a juvenile travelling without familial supervision. AGUILAR AGUILAR requested asylum to enter the United States and was taken into USCBP custody. The subject was served removal charging documents for a future immigration hearing. On September 26, 2016, the subject was released on his own recognizance into the care of family living in the State of Delaware.

   b. On February 28, 2020, AGUILAR AGUILAR was ordered to be removed to Guatemala by an immigration judge in Philadelphia, Pennsylvania. The subject did not appeal his removal order and failed to leave the United States or surrender to a DHS immigration service.

   c. On October 4, 2022, AGUILAR AGUILAR was encountered by ICE while incarcerated at the Sussex Correctional Institution in Georgetown, Delaware. Upon his release from the Delaware Department of Corrections, the subject was taken into custody. On November 23, 2022, AGUILAR AGUILAR was removed to Guatemala through

Alexandria, Louisiana.

  d. The records contain no indication that the subject legally obtained permission from the United States government to re-enter the country.

WHEREFORE, Your Affiant avers that there is probable cause to believe that Romulo AGUILAR AGUILAR, a citizen and national of Guatemala, was found in the United States after previously being removed on November 23, 2022, and without the express consent of the United States Secretary of Homeland Security to reapply for admission, is in violation of Title 8, United States Code, Sections 1326(a).

_____
Jason E. Moffett
Deportation Officer
United States Immigration & Customs Enforcement

Sworn to me over the telephone and signed by me pursuant to
Fed R. Crim. P. 4.1 and 4(d) this 13th day of October 2023.

_____
HONORABLE SHERRY R. FALLON
United States Magistrate Judge
District of Delaware

3